```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 35066
   MARSHA L BROOKINS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0925


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/01/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.89% from remaining funds.

     The case was paid in full 07/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED           8000.00        823.50        8000.00
CAPITAL ONE AUTO FINANCE  UNSECURED         4374.10           .00         695.18
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00           .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     1540.41           .00        1540.41
ROBERT J ADAMS & ASSOCIA  PRIORITY        NOT FILED          .00             .00
AAA CHECKMATE             UNSECURED OTH     986.69           .00          156.89
AMERICASH LOAN            UNSECURED        1122.74           .00          178.44
ASG                       UNSECURED       NOT FILED          .00             .00
BLATT HASENMILLER LEIBSK  UNSECURED       NOT FILED          .00             .00
BLITT & GAINES            UNSECURED        7274.59           .00         1156.15
BROTHER LOAN & FINANCE    UNSECURED        1128.04           .00          179.28
CAPITAL ONE               UNSECURED         774.91           .00          123.16
CHRSIT HOSPITAL           UNSECURED       NOT FILED          .00             .00
DR DENISE T IBRAHIM       UNSECURED       NOT FILED          .00             .00
EVERGREEN ORTHOPEDICS     UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED         986.20           .00          156.74
I C COLLECTION SERVICE    UNSECURED       NOT FILED          .00             .00
LITILE COMPANY OF MARY H  UNSECURED       NOT FILED          .00             .00
LITILE COMPANY OF MARY H  UNSECURED       NOT FILED          .00             .00
LOAN EXPRESS CO           UNSECURED         549.00           .00           87.25
MALCOLM S GERALD & ASSOC  UNSECURED       NOT FILED          .00             .00
MED COLLECTIONS SERVICES  UNSECURED       NOT FILED          .00             .00
PROGRESSIVE ASSERT MGMT   UNSECURED         221.95           .00           35.27
SIR FINANCE               UNSECURED        1156.00           .00          183.72
CAPITAL ONE               UNSECURED         718.59           .00          114.21
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     194.00           .00          194.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                         975.80
DEBTOR REFUND             REFUND                                        1,633.56

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 35066 MARSHA L BROOKINS
```

```
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       18,433.56

PRIORITY                                              194.00
SECURED                                             9,540.41
     INTEREST                                         823.50
UNSECURED                                           3,066.29
ADMINISTRATIVE                                      2,200.00
TRUSTEE COMPENSATION                                  975.80
DEBTOR REFUND                                       1,633.56
                              ---------------     ---------------
TOTALS                        18,433.56             18,433.56
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 10/25/07             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                          PAGE   2
            CASE NO. 05 B 35066 MARSHA L BROOKINS